IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:07-CV-148-FL

| | |
|---|---|
| HARVEY WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., regarding the parties' cross-motions for judgment on the pleadings. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of Magistrate Judge Robert B. Jones, Jr. as its own, and, for the reasons stated therein, plaintiff's motion is GRANTED, defendant's motion is DISMISSED, and this case is REMANDED to the Commissioner for further proceedings. The clerk of court is directed to close the case.

SO ORDERED, this the 9th day of May, 2008.

LOUISE W. FLANAGAN
Chief United States District Judge